**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MICHAEL R. CLARKE                               Case Number: 07-72336
        701 E. DEWEY STREET              SSN-xxx-xx-8322
        HARVARD, IL  60033

                                                        Case filed on:        9/28/2007
                                                        Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY RICHARD T JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MICHAEL R. CLARKE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 10,500.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 10,500.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ELLISON PLUMBING & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SBC/AMERITECH CONSUMER BK CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 10,500.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00
Trustee Allowance:        $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan